UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re:

    RICADRI PROPERTIES CORP.,

              Debtor.

-----------------------------------------------------------

Chapter 11
Case No. 11-61332-6-DD

## DECLARATION CONCERNING DEBTOR'S
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### *DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP*

The above named Debtor does hereby certify under penalty of perjury that the attached List of Creditors Holding 20 Largest Unsecured Claims, consisting of one (1) sheet is complete, correct and consistent with the Debtor's Schedules pursuant to Local Bankruptcy Rules and I assume all responsibility for errors and omissions.

Dated: June 16, 2011.

                                              By: Adriana Guerrero
                                             Title: President

James A. Baldo
7A Clinton Plaza
Oneonta, NY 13820